IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DENISE JARRETT, Individually and On Behalf of All Others Similarly Situated, | * * * | |
| Plaintiff, | * | |
| vs. | * * * | No. 4:12-cv-00739-SWW |
| PANASONIC CORPORATION OF NORTH AMERICA; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; WAL-MART STORES, INC; and WAL-MART STORES ARKANSAS, L.L.C., | * * * * * * * * | |
| Defendants. | * | |

ORDER

Pursuant to the stipulation of dismissal [doc.#64] filed on January 31, 2014, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 6th day of February 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE